IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 121-018-2 |
| | * |
| JOEL REES JONES | * |

O R D E R

Before the Court is Defendant Joel Rees Jones's counseled motion for early termination of his probation sentence. Defendant was sentenced to serve 4 years of probation on August 18, 2021, upon his plea of guilty to involvement in a multi-defendant, multi-jurisdiction illegal gambling operation. The Government opposes the motion and insists that Defendant serve the full sentence.

It appears that Defendant has complied with the conditions of his probation, and he has completed his community service and paid his fine. Defendant has also apparently started a consulting business and has operated successful fund raisers. Nevertheless, upon consideration of the factors of 18 U.S.C. § 3553(a), the Court will not exercise its discretion to terminate Defendant's probation given the leniency of his sentence. Accordingly, Defendant's motion for early termination of probation (doc. 106) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this \_\_7th\_\_ day of September, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA